11660.   ROBERTS *v.* BAGWELL MANUFACTURING COMPANY.

LUKE, J. The verdict in this case was rendered upon conflicting evidence, and was not without evidence to support it. A reading of the charge of the trial court in its entirety relieves the charge from the criticisms urged by the plaintiff in error as to portions of it. There was no error requiring a reversal of the judgment overruling the certiorari.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JANUARY 25, 1921.

Certiorari; from Bibb superior court — Judge Mathews. April 28, 1920.

*Strozier & Moore, J. S. Ayers,* for plaintiff in error.

*Martin & Martin,* contra.